IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL TUR, ANN MARIE TUR, HENRY P. TUR, JR., and ALINE BYRNES<br><br>Plaintiffs,<br><br>v.<br><br>LARA SABANOSH, MORGAN JAMES PUBLISHING, LLC, and AMY RIPP COYNE,<br><br>Defendants. | Civil Action No. 2:22-cv-03879 |

## ORDER OF COURT

AND NOW, this  21st  day of    December         , 202 2   , upon consideration of Defendant Lara Sabanosh's ("Ms. Sabanosh") Motion for Leave of Court to File Documents Under Seal (the "Motion"), it is **ORDERED** that the Motion is **GRANTED**. Ms. Sabanosh shall file a manuscript of her memoir *Caged: the True Story of Abuse, Betrayal, and GTMO* under seal.

BY THE COURT:

_____
Schiller, J.