# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL TUR, | : CIVIL ACTION |
| ANN MARIE TUR, | : |
| HENRY P. TUR, JR., and | : |
| ALINE BYRNES | : |
| | : |
| v. | : |
| | : |
| LARA SABANOSH, | : |
| MORGAN JAMES PUBLISHING, LLC, | : |
| and AMY RIPP COYNE | : NO. 22-3879 |

## ORDER

**NOW**, this 14th day of February 2023, upon consideration of Plaintiff's Motion to Remand (Doc. No. 13) and Defendant's Response (Doc. No. 16), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

_____
TIMOTHY J. SAVAGE, J.